# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Silvio F.V.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-1309 (MJD/DJF)

Mary M. Nikolai, Gustafson Gluek PLLC, Counsel for Petitioner.

David W. Fuller, Friedrich A. P. Siekert, Assistant United States Attorneys, Counsel for Respondents.

On February 17, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention without conditions and with all of his personal property. [Doc. 7.] On February 20, 2026, Respondents informed the Court that Petitioner had been released from detention on February 18 without conditions and with all personal property. [Doc. 9.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Silvio F.V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET  JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 22, 2026             s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court