# UNITED STATES DISTRICT COURT

## District of Minnesota

Silvio Fernando Vera

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1309 MJD/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Silvio F.V.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/23/2026

KATE M. FOGARTY, CLERK